OPINION — AG — BY AN EXAMINATION OF SAID OPINION YOU WILL FIND THAT A PERSON, SUCH AS IS REFERRED TO BY YOU, WHO HAS ADOPTED AND USED IN HIS SOCIAL AND BUSINESS ACTIVITIES ONE OF THE FIVE NAMES LAST ABOVE SET FORTH IN YOUR LETTER MAY PROPERLY FILE FOR PUBLIC OFFICE UNDER SAID NAME, OR UNDER THE NAME GIVEN TO HIM AT BIRTH, AS AFORESAID. CITE: 12 O.S. 1961 1631-1640 [12-1631 — 12-1640] 26 O.S. 1961 224 [26-224](A) (FRED HANSEN)